# United States District Court
# Eastern District of California

Mark Aussieker

Plaintiff(s)

V.

Liquidity Services Operations LLC, et al.

Defendant(s)

Case Number: 2:26-CV-03644-TLN-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Matthew C. Pilsner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Liquidity Services Operations LLC and and Liquidity Services, Inc.

On 10/26/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have /☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/28/2026 Signature of Applicant: /s/ Matthew C. Pilsner

**Pro Hac Vice Attorney**

Applicant's Name: Matthew C. Pilsner

Law Firm Name: Buchanan Ingersoll & Rooney PC

Address: 501 Grant Street, Suite 200

City: Pittsburgh State: PA Zip: 15219

Phone Number w/Area Code: (412) 562-8800

City and State of Residence: Pittsburgh, PA

Primary E-mail Address: matthew.pilsner@bipc.com

Secondary E-mail Address: matthew.pilsner@bipc.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Gretchen L. Jankowski

Law Firm Name: Buchanan Ingersoll & Rooney LLP

Address: 600 West Broadway, Suite 1100

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 239-8700 Bar # 346000

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 28, 2026

JUDGE, U.S. DISTRICT COURT